**DOMESTIC RELATIONS PROCEDURAL RULES COMMITTEE**
**ADOPTION REPORT**

**Amendment of Pa.R.Civ.P. 1930.1**

On December 1, 2021, the Supreme Court amended Pennsylvania Rule of Civil Procedure 1930.1 to conform the rule to recent amendments to the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania (Policy)* adopted on October 6, 2021*.* The Domestic Relations Procedural Rules Committee (Committee) has prepared this Adoption Report describing the rulemaking process. The statements contained in this Adoption Report are those of the Committee, not the Supreme Court. An Adoption Report should not be confused with Comments included in the rules. *See* Pa.R.J.A. 103, Comment.

Effective January 1, 2022, the amendments to Section 7.0(A) and (C) of the *Policy* require filers to safeguard confidential information using a Confidential Information Form. Prior to those amendments, the *Policy* provided an option for a court to adopt a rule or an administrative order to permit the filing of a document in two versions, a "Redacted Version" and an "Unredacted Version" rather than require the use of the Confidential Information Form. In addition, Section 9.0(H) has been added to indicate that the amended *Policy* does not apply retroactively to documents filed with a court prior to the amendment's effective date.

In Domestic Relations matters, Pa.R.Civ.P. 1930.1 governs confidential information and confidential documents, including the certification that a filing is compliant with the *Policy*. The conforming amendments delete references within the rule and comment relating to the option for a court to require redacted and unredacted versions of a document when safeguarding confidential information.